No. 537. MONFRED ET AL. *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied. *Stanley Fleishman* and *Sam Rosenwein* for petitioners. *Thomas B. Finan,* Attorney General of Maryland, and *Clayton A. Dietrich,* Assistant Attorney General, for respondent.

No. 540. WES CHAPTER, FLIGHT ENGINEERS' INTERNATIONAL ASSN., AFL-CIO, *v.* NATIONAL MEDIATION BOARD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *I. J. Gromfine, Herman Sternstein* and *Isaac N. Groner* for petitioner. *I. Welch Pogue* and *Hugh W. Darling* for Western Air Lines, Inc., respondent.

No. 543. MONICA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Allen S. Stim* and *Menahem Stim* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 549. DRIVERS & CHAUFFEURS LOCAL UNION No. 816, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Samuel J. Cohen* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli, Norton J. Come* and *Allan I. Mendelsohn* for respondent.

No. 551. FETZER TELEVISION, INC., *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *John C. Howard* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli, Norton J. Come* and *Melvin Pollack* for respondent.